# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARGARET J. NEFF,**

    **Plaintiff,**

**-v-**                                                        **Case No.: 2:10-cv-948**
                                                                  **JUDGE SMITH**
                                                                  **Magistrate Judge Abel**

**U.S. XPRESS, INC.,** *et al.*,

    **Defendants.**

## ORDER

This case was reported settled by the parties.  The parties are working on finalizing the terms and conditions of the settlement agreement.  Based on the reported settlement, the Court **CONDITIONALLY DISMISSES** this case.  If the terms and conditions of the settlement agreement have not been fulfilled by October 30, 2015, then the parties may notify the Court to reopen this case.

    **IT IS SO ORDERED.**

                                                 */s/ George C. Smith*
                                                 **GEORGE C. SMITH, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**